JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Heather Lennox
Lisa Laukitis

 - and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Ryan T. Routh

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                    :   Chapter 11
:
Old HB, Inc., *et al.*,[1]                :   Case No. 12-22052 (RDD)
(f/k/a Hostess Brands, Inc.)              :
:   (Jointly Administered)
                Debtors.                  :
:
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON AUGUST 21, 2013**

Time of Hearing:           10:00 a.m. (prevailing Eastern Time).

Location of Hearing:       Courtroom of the Honorable Robert Drain, United States
                           Bankruptcy Court for the Southern District of New York,
                           300 Quarropas Street, White Plains, New York 10601

---

[1]   The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Old HB, Inc. (f/k/a Hostess Brands, Inc.) (0322), IBC Sales Corporation (3634), IBC Services, LLC (3639), IBC Trucking, LLC (8328), Interstate Brands Corporation (6705) and MCF Legacy, Inc. (0599).

NYI-4538784v2

**RESOLVED MATTERS**

1. Objection to Debtor's Rejection of Lease with Automotive Rentals, Inc.
   [Docket No. 1892]

   Objection Deadline: None to date

   Related Documents:

   A. Notice of Hearing on Objection of Automotive Rentals, Inc. to the Rejection of a Certain Executory Contract Not Necessary to Implement Winddown Plan [Docket No. 2732]

   B. Notice of (I) Presentment of Stipulation and Agreed Order Between Debtors and Automotive Rentals, Inc. Regarding Rejection of Unexpired Lease of Certain Vehicles and (II) Withdrawal of Request for Hearing on Objection of Automotive Rentals, Inc. to the Rejection of a Certain Executory Contract Not Necessary to Implement Winddown Plan [Docket No. 2778]

   Responses Received: None to date

   Replies Received: None to date

   **Status:  Per Item B above, this matter is resolved, subject to approval of the Court.**

**UNCONTESTED MATTERS**

2. Application of Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a), 328(a) and Fed. R. Bank. P. 2014(a) for Entry of an Order Authorizing and Approving an Amendment to the Retention and Employment of Hilco Industrial, LLC, Hilco IP Services, LLC and Hilco Real Estate, LLC
   [Docket No. 2757; Affidavit of Service Docket No. 2763]

   Objection Deadline: August 14, 2013 at 4:00 p.m.

   Related Documents: None to date

   Responses Received: None to date

   **Status:  This matter is going forward.**

NYI-4538784v2

3. Notice and Application of FTI Consulting, Inc. for Allowance of the Completion Fee [Docket No. 2734; Affidavit of Service Docket No. 2760]

   <u>Objection Deadline:</u> August 14, 2013 at 4:00 p.m.

   <u>Related Documents:</u> None to date

   <u>Responses Received:</u> None to date

   **Status:  This matter is going forward.**

4. Fifteenth Monthly and Final Fee Application of Perella Weinberg Partners LP as Investment Banker for the Debtors, for Compensation of Professional Services Rendered and for Reimbursement of Expenses Incurred During the Fifteenth Monthly Fee Period from July 1, 2013 Through July 31, 2013 and During the Final Fee Period from January 11, 2012 Through July 31, 2013
   [Docket No. 2735; Affidavit of Service Docket No. 2760]

   <u>Objection Deadline:</u> August 14, 2013 at 4:00 p.m.

   <u>Related Documents:</u>

   A. Notice of Hearing to Consider Fifteenth Monthly and Final Fee Application of Perella Weinberg Partners LP as Investment Banker for the Debtors, for Compensation of Professional Services Rendered and for Reimbursement of Expenses Incurred During the Fifteenth Monthly Fee Period from July 1, 2013 Through July 31, 2013 and During the Final Fee Period from January 11, 2012 Through July 31, 2013 [Docket No. 2736]

   <u>Responses Received:</u> None to date

   **Status:  This matter is going forward.**

5. Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures for the Sale of Certain Real Estate, Machinery & Equipment and Fleet Assets, (B) Approving Bidder Protections, (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof and (D) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Certain Real Estate, Machinery & Equipment and Fleet Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Granting Related Relief [Docket No. 2661; Affidavit of Service Docket No. 2685]

Objection Deadline: August 20, 2013 at 12:00 p.m. for objections relating to the conduct of the auction. The deadline for all other objections was August 12, 2013 at 4:00 p.m.

Related Documents:

A. Order (A) Approving Bidding Procedures for the Sale of Certain Real Estate, Machinery & Equipment and Fleet Assets, (B) Approving Bidder Protections, (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof and (D) Granting Related Relief [Docket No. 2712]

B. Order Authorizing Debtors and Debtors in Possession to File Confidential Material Under Seal (Hackman Agreement Exhibit) [Docket No. 2721]

Objections Received:

C. Sentry Roofing, Inc.'s Objection and Response to the Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures for the Sale of Certain Real Estate, Machinery & Equipment and Fleet Assets, (B) Approving Bidder Protections, (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof and (D) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Certain Real Estate, Machinery & Equipment and Fleet Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Granting Related Relief [Docket No. 2768]

D. Response and Preservation of Rights of MAEVA Advisors, LLC with Respect to Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures for the Sale of Certain Real Estate, Machinery & Equipment and Fleet Assets, (B) Approving Bidder Protections, (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof and (D) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Certain Real Estate, Machinery & Equipment and Fleet Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Granting Related Relief [Docket No. 2771]

**Status: Items C and D have been resolved and the parties will propose modifications to the language of the proposed form of sale order to memorialize this resolution. If no further objections are filed, this matter is going forward on an uncontested basis.**

|  |  |
|---|---|
| Dated:  August 19, 2013<br>         New York, New York | Respectfully submitted,<br><br> /s/  Corinne Ball<br>Corinne Ball<br>Heather Lennox<br>Lisa Laukitis<br>JONES DAY<br>222 East 41st Street<br>New York, New York  10017<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br><br> - and -<br><br>Ryan T. Routh<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br><br>ATTORNEYS FOR DEBTORS AND<br>DEBTORS IN POSSESSION |

- 5 -

NYI-4538784v2