UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re                                                            :  Chapter 11
                                                                 :
Old HB, Inc.                                                     :  Case No. 12-22052 (RDD)
(f/k/a Hostess Brands, Inc.), et al.,[1]                         :
                                                                 :  (Jointly Administered)
                    Debtors.                                     :
                                                                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Lydia Pastor Nino, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

1. On December 9, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via email on the service list attached hereto as **Exhibit A**; and via First Class Mail on the service list attached hereto as **Exhibit B**:

   - Notice of Supplemental Declaration of Paul M. Hoffmann in Accordance with the Order, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing the Debtors to Retain and Employ Stinson Morrison Hecker LLP as Counsel, Nunc Pro Tunc as of the Petition Date [Docket No. 3013]

Dated: December 12, 2013

                                                            /s/ Lydia Pastor Nino
                                                            ―――――――――――――――
                                                            Lydia Pastor Nino

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th of December, 2013, by Lydia Pastor Nino, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

> ROSS BERNSTEIN
> Commission # 2013582
> Notary Public - California
> Los Angeles County
> My Comm. Expires Mar 21, 2017

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Old HB, Inc. (f/k/a Hostess Brands, Inc.) (0322), IBC Sales Corporation (3634), IBC Services, LLC (3639), IBC Trucking, LLC (8328), Interstate Brands Corporation (6705) and MCF Legacy, Inc. (0599).

NYI-4357942v4

# Exhibit A

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Aldine Independent School District | Aldine Independent School District | Courteney Harris | bnkatty@aldine.k12.tx.us |
| Counsel to Arlington Independent School District | Arlington Independent School District | co Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to Verizon Communications Inc | Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | dladdin@agg.com; frank.white@agg.com |
| Counsel to Self-Insurers' Security Fund and Funds Administration for the State of Michigan | Attorney General of the State of Michigan | Bill Schuette Attorney General William F Denner Asstant AG | dennerb@michigan.gov |
| Counsel to Duquesne Light Company | Bernstein Law Firm PC | Attn Kirk Burkley | kburkley@bernsteinlaw.com |
| Counsel to Board of County Commissioners Johnson County KS | Board of County Commissioners Johnson County KS | Lisa R Wetzler Asst County Counselor | lisa.wetzler@jocogov.org |
| Counsel to Great Lakes International Trading Inc | Bowerman Bowden Ford Clulo & Luyt PC | Gregory M Luyt | luyt@traverselaw.com; patty@traverselaw.com |
| Counsel to BCT (Bakery, Confectionary, Tobacco Workers & Grain Millers Int'l Union) | Bredhoff & Kaiser PLLC | Jeffrey Freund | jfreund@bredhoff.com |
| Counsel to SAP America Inc | Brown & Connery LLP | Attn Kenneth J Schweiker Jr and Donald K Ludman | kschweiker@brownconnery.com dludman@brownconnery.com |
| Counsel to Oracle America Inc | Buchalter Nemer A Professional Corporation | Shawn M Christianson | schristianson@buchalter.com |
|  | Canyon Country Treasurer | Tracy Lloyd | dsmart@canyonco.org |
| Official Committee of Unsecured Creditors | Caravan Ingredients Inc | Attn Curtis Landherr VP | itrood@caravaningredients.com |
| Official Committee of Unsecured Creditors (Southeast and Southwest Areas Pension Fund and Central States, Southeast and Southwest Areas Health and Welfare Fund) | Central States Southeast and Southwest Areas Pension Plan | Attn Brad R Berliner Associate General Counsel | bberliner@centralstates.org |
| Counsel to City of Mineral Wells, Minderal Wells ISD, Palo Pinto County | City of Mineral Wells Minderal Wells ISD Palo Pinto County | co Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to the City of Rocky Mount | City of Rocky Mount | Poyner Spruill | dwarren@poynerspruill.com |
| Counsel for BBU Inc and Grupo Bimbo, SAB de CV | Cleary Gottlieb Steen & Hamilton LLP | Lisa Schweitzer | lschweitzer@cgsh.com |
| Counsel to R.W. Carter Corporation dba Baker Mechanical Services | Cohen Garelick & Glazier | Russell L Jones | rjones@cgglawfirm.com |
| Counsel to IBTNNC | Cohen Weiss and Simon LLP | Richard M Seltzer | rseltzer@cwsny.com |
| Counsel to Connecticut General Life Insurance and Cigna Behavioral Health Inc | Connolly Gallagher LLP | Jeffrey C Wisler | jwisler@cblh.com; jwisler@connollygallagher.com |
| Counsel to Harry Pierson | Corbally Gartland and Rappleyea LLP | Attn William W Frame | wwf@cgrlaw.com |
| Counsel to RWDSU Local 386, 441, 1050 and Southeast Council; UFCW Local Nos. 2, 5, 8-Golden State et al and UFCW Local No. 367 | Cornfield and Feldman | Robert A Seltzer | rseltzer@cornfieldandfeldman.com |
| Counsel to Sponsor Funds; Counsel to Ripplewood | Cravath Swaine & Moore LLP | Paul Zumbro | pzumbro@cravath.com |
| Counsel to Michael Sprick | Cushner & Garvey LLP | Todd S Cushner Esq | todd@cushnergarvey.com |
| Attorney General of New Jersey; Attorney for Department of Environmental Protection | David Frankel Deputy Attorney General | Richard J. Hughes Justice Complex | david.frankel@dol.lps.state.nj.us |
| Counsel for Linde LLC | Day Pitney LLP | Margarita Y Ginzburg | mginzburg@daypitney.com |
| Counsel to IBC Investors I, II, III, LLC | Debevoise & Plimpton LLC | George Maguire | gebmaguire@debevoise.com |
| Counsel to IBC Investors I, II, III, LLC | Debevoise & Plimpton LLC | Joseph P Moodhe | jpmoodhe@debevoise.com |
| Counsel to IBC Investors I, II, III, LLC | Debevoise & Plimpton LLC | Steven Gross | srgross@debevoise.com |
| Counsel to Southwest Regional Council of Carpenters United Brotherhood of Carpenters and Joiners of America (Carpenters Union) | DeCarlo Connor & Shanley PC | Brian F Quinn | bquinn@deconsel.com |
| Counsel to Hood Packaging Corporation dba Hood Industries Inc | Deily Mooney & Glastetter LLP | Leigh A Hoffman | lHoffman@deilylawfirm.com |
| Counsel to KPI Landlords | Dickstein Shapiro LLP | Jeffrey Rhods | rhodesj@dicksteinshapiro.com |
|  | DLA Piper LLP US | David Misler | david.misler@dlapiper.com |
| Counsel to Constellation NewEnergy Inc | DLA Piper LLP US | Attn Richard M Kremen Dale K Cathell | richard.kremen@dlapiper.com; dale.cathell@dlapiper.com |

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Ace American Insurance Company | Duane Morris LLP | Margery N Reed Wendy M Simkulak Laura D Bonner | MReed@duanemorris.com; WMSimkulak@duanemorris.com; lbonner@duanemorris.com |
| Counsel to Bakery Confectionary Tobacco Workers and Grain Millers' Local Union No. 326 Health & Welfare Fund | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |
| Counsel to General Mills Inc | Fafinski Mark & Johnson PA | Connie A Lahn | connie.lahn@fmjlaw.com |
| Counsel to Cleveland Bakers and Teamsters Pension Fund and Teamsters Union Local No. 52 Pension Fund | Faulkner Hoffman & Phillips LLC | George H Faulkner | faulkner@fhplaw.com |
| Counsel to New England Teamsters and Trucking Industry Pension Fund | Feinberg Campbell & Zack PC | Catherine M Campbell | cmc@fczlaw.com |
| Counsel to Olesha Gats | Ford & Weaver PA | Edmond J Ford | eford@fordandweaver.com |
| Counsel to Glass Molders Pottery Plastics & Allied Workers Int'l Union (GMP) | Fred Greenberg PC | Fred Greenberg | greenberg.fred@gmail.com |
| Counsel to Board of Trustees of the Retail Wholesale and Department Store Union and Industry Pension Fund | Friedman & Wolf | Eugene S Friedman William K Wolf | efriedman@friedmanwolf.com; wwolf@friedmanwolf.com |
| Counsel to BCT (Bakery, Confectionary, Tobacco Workers & Grain Millers Int'l Union) | Fulbright Jaworski LLP | Ancela Nastasi David A Rosenzweig | anastasi@fulbright.com; drosenzweig@fulbright.com |
| Counsel to BCT (Bakery, Confectionary, Tobacco Workers & Grain Millers Int'l Union) | Fulbright Jaworski LLP | Camisha L Simmons | csimmons@fulbright.com |
| Counsel to Dell Financial LLC | Gersten & Savage LLP | Paul Rachmuth | prachmuth@gerstensavage.com |
| Counsel to Property Management Services Ltd | Golan & Christie LLP | Barbara L Yong Caren A Lederer | blyong@golanchristie.com; calederer@golanchristie.com |
| Counsel to Central Pension Fund | Halperin Battaglia Raicht LLP | Alan D Halperin Walter Benzija Debra Cohen | ahalperin@halperinlaw.net; wbenzija@halperinlaw.net; dcohen@halperinlaw.net |
| Counsel to Clear Pack Company | Haynsworth Sinkler Boyd PA | Tara E Nauful | tnauful@hsblawfirm.com |
| Counsel for Dominion Resource Services Inc and Dominion Retail Inc | Hiersche Hayward Drakeley & Urbach PC | Jason M Katz | jkatz@hhdulaw.com |
| Counsel to Niacet Corporation and International Fiber Corp / Dakota Specialty Milling Inc. | Hodgson Russ LLP | James C Thoman | jthoman@hodgsonruss.com |
| Counsel to MSC Industrial Supply Co | Holland & Knight LLP | Lynne B Xerras John J Monaghan | bos-bankruptcy@hklaw.com |
| Official Committee of Unsecured Creditors | IAM National Pension Plan | Attn Joseph P Martocci Jr Manager | jmartocci@iamnpf.org |
| IBTNNC | International Brotherhood of Teamsters | Richard W Gibson | rgibson@teamster.org |
| Counsel to Iron Mountain Information Management Inc | Iron Mountain Information Management Inc | Joseph Corrigan | bankruptcy2@ironmountain.com |
| Counsel to Creditors IUOE Stationary Engineers Local 39, 101, 286, 399, 627, 926 (IUOE) | IUOE | c/o Christian L Raisner | bankruptcycourtnotices@unioncounsel.net; craisner@unioncounsel.net; erich@unioncounsel.net; jmazur@unioncounsel.net |
| Counsel to Creditors IUOE Stationary Engineers Local 39 and Trust Fund (IUOE) | IUOE Stationary Engineers Local 39 and IUOE Stationary Engineers Local 39 Trust Funds | c/o Emily P Rich | bankruptcycourtnotices@unioncounsel.net;erich@unioncounsel.net |
| Counsel to Sun Maid Growers of California | Jeffer Mangels Buttler & Mitchell LLP | Joseph A Eisenberg PC | jae@jmbm.com |
| Interested Party | Keating Muething & Klekamp PLL | Robert G Sanker | rsanker@kmklaw.com |
| Counsel for class members in the adversary proceeding, Case Number 12-08314 | Keller Rohrback LLP | Tana Lin Dierdre G Levin Mark Griffin & Michael Licata | tlin@kellerrohrback.com; dglynnlevin@kellerrohrback.com; mgriffin@kellerrohrback.com; mlicata@kellerrohrback.com |
| Counsel to Wayne County Treasurer | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |

Exhibit A
Served via Email

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Flowers Foods Inc | Kilpatrick Townsend & Stockton LLP | Todd C Meyers Paul M Rosenblatt Michael D Langford | tmeyers@kilpatricktownsend.com; prosenblatt@kilpatricktownsend.com; mlangford@kilpatricktownsend.com |
| Party in Interest KPI Landlords | Kin Properties Inc | Allen P Lev | alev@kinproperties.com |
| Counsel to Michael Sprick | Klestadt & Winters LLP | Brendan M Scott | fstevens@klestadt.com |
| Counsel to Steve R Fitzgerald Individually and as Guardian of Joanne Reid-Fitzgerald an Individual Under Disability | Klestadt & Winters LLP | Tracy L Klestadt Brendan M Scott | tklestadt@klestadt.com; bscott@klestadt.com |
| Counsel to Integrys Energy Services Inc | Kohner Mann & Kailas SC | Attn Samuel C Wisotzkey | swisotzkey@kmksc.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn Thomas Moers Mayer Kenneth H Eckstein P Bradley O'Neill Joshua K Brody | tmayer@kramerlevin.com; keckstein@kramerlevin.com; boneill@kramerlevin.com; jbrody@kramerlevin.com |
| Counsel to Danisco USA Inc | Lathrop & Gage LLP | Stephen K Dexter | sdexter@lathropgage.com |
| Counsel to Michael Sprick | Law Office of Michael A Kernbach PC | Michael A Kernbach Esq | kernlawva@aol.com |
| Counsel to Darrell Conder | Law Office of Wendell L Hoskins II | Mary K Walker Erin Blair | mary.hoskinslaw@semo.net;erin.hoskinslaw@semo.net |
| Counsel to Darah Velesbir | Law Offices of Eric L Reinken | Eric L Reinken | ereinken@reinkenlaw.com |
| Counsel to Carrollton-Farmers Branch Independent School District | Law Offices of Robert E Luna PC | co Andrea Sheehan | sheehan@txschoollaw.com |
| Counsel to Allegheny Capital Growth Limited Partnership | Leech Tishman Fuscaldo & Lampl LLC | Patrick W Carothers Crystal H Thornton Illar | pcarothers@leechtishman.com; cthornton-illar@leechtishman.com |
| Counsel to IUOE Local 39 Local 39 Pension Fund UAW International UAW Local 2828 | Levy Ratner PC | Suzanne Hepner Ryan J Barbur | shepner@levyratner.com; rbarbur@levyratner.com |
| Counsel to Jefferson County | Linebarger Goggan Blair & Sampson LLP | Clayton E Mayfield | beaumont.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Montgomery County, Harris County and Shelby County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@lgbs.com |
| Counsel to The Blommer Chocolate Company | Locke Lord LLP | Courtney Engelbrecht Barr and Brian A Raynor | cbarr@lockelord.com braynor@lockelord.com |
| Los Angeles County Treasurer and Tax Collector | Los Angeles County Treasurer and Tax Collector | ManLing Kuo Tax Services Clerk | bankruptcy@ttc.lacounty.gov |
| Counsel to IAM National Pension Fund / International Association of Machinists and Aerospace Workers AFL-CIO | Lowenstein Sandler PC | Attn Sharon L Levin | slevine@lowenstein.com |
| Counsel to Loomis Road DBD LLC | Mallery & Zimmerman SC | Sean D Lanphier | slanphier@mzmilw.com |
| Counsel to Teamsters Health & Welfare Fund of Philadelphia & Vicinity | Markowitz & Richman | R Matthew Pettigrew Jr | mpettigrew@markowitzandrichman.com |
| Counsel to Caravan Ingredients Inc and CSM Bakery Products NA Inc | McGrail & Bensinger | David C McGrail | dmcgrail@mcgrailbensinger.com |
| Counsel to CSX Transportation Inc | McGuireWoods LLP | Daniel F Blanks | dblanks@mcguirewoods.com |
| Counsel to Robert Anthony Duncan | McKnight McKnight McKnight & McKnight | Benton F Mcknight | benton@mcknightattorneys.com;michelle@mcknightattorneys.com |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing Energy, Allied Industrial and Service Workers International Union (USW) (OPEIU); Glass Molders Pottery Plastics & Allied Workers Int'l Union (GMP) | Meyer Suozzi English & Klein PC | Hanan B Kolko Joni H Kletter | hkolko@msek.com; jkletter@msek.com |
| Counsel to Taylor Properties Inc | Middleton Reutlinger | Thomas W Frentz | tfrentz@middletonlaw.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Attn Steven A Ginther | sdnyecf@dor.mo.gov |
| Counsel to Telerx Marketing Inc | Montgomery McCracken Walker & Roads LLP | Mark A Fink | mfink@mmwr.com |

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to BBU Inc on behalf of itself and its Subsidiaries | Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Counsel to BBU Inc on behalf of itself and its Subsidiaries | Morgan Lewis & Bockius LLP | John C Goodchild III Rachel Jaffe Mauceri | jgoodchild@morganlewis.com; rmauceri@morganlewis.com |
| Counsel to Sweet Ovations LLC | Norris McLaughlin & Marcus PA | Melissa A Pena | mapena@nmmlaw.com |
| Counsel to Northern California Bakery Drivers Security Fund | Northern California Bakery Drivers Security Fund | c/o Catherine E Arostegui | carostegui@beesontayer.com |
| Counsel to NYS Department of Taxation and Finance | NYS Department of Taxation and Finance | Jacqueline Auerbach | jacqueline.auerbach@tax.ny.gov |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Counsel to Hackman Capital Acquisition Company, LLC | Orrick, Herrington & Sutcliffe LLP | Laura D Metzger | lmetzger@orrick.com |
| Counsel to NY State Teamsters Conference Pension and Retirement Fund and New York State Teamsters Council Health & Hospital Fund | Paravati Karl Green & Debella LLP | Vincent M DeBella | vdebella@pkgdlaw.com |
| Counsel to General Electric Capital Corporation, as agent under the Debtors' first lien asset-backed revolving credit facility; | Paul Hastings Janofsky & Walker LLP | Rick Denhup | rickdenhup@paulhastings.com |
| Counsel to General Electric Capital Corporation, admin agent for certain pre-petition secured lenders | Paul Hastings LLP | Cassie Coppage | cassiecoppage@paulhastings.com |
| Counsel to Silver Point Finance, LLC, as agent under the Debtors' first lien term loan facility and third lien credit facility; DIP financing facility | Paul Weiss Rifkind Wharton & Garrison LLP | Alan Kornberg Brian Hermann Diane Myers | akornberg@paulweiss.com; bhermann@paulweiss.com; dmeyers@paulweiss.com |
| Counsel to Silver Point Finance, LLC, as agent under the Debtors' first lien term loan facility and third lien credit facility; DIP financing facility | Paul Weiss Rifkind Wharton & Garrison LLP | Craig Benson | cbenson@paulweiss.com |
| | Pedersen & Houpt | Trent Cornell Brian Graham & Bryan Minier | bminier@pedersenhoupt.com; bgraham@pedersenhoupt.com; tcornell@pedersenhoupt.com |
| Counsel to BagcraftPapercon | Perkins Coie LLP | Daniel A Zazove | dzazove@perkinscoie.com |
| Counsel to LYC/Red Star Yeast Company | Polsinelli Shughart PC | Attn Jason A Nagi | jnagi@polsinelli.com |
| Counsel to Fallstar Co | Poyner Spruill LLP | James S Livermon III | jlivermon@poynerspruill.com |
| Counsel to United Baking Co Inc | Pryor & Mandelup LLP | Robert L Pryor | rlp@pryormandelup.com |
| Counsel to Chicago Display Company d/b/a Chicago Display Marketing Corporation | Pryor Cashman LLP | Richard Levy Jr & Robert M Fleischer | rfleischer@pryorcashman.com; rlevy@pryorcashman.com |
| Counsel to Environmental Liability Transfer Inc. | Rausch Law Firm LLC | Christopher J Rausch | chrisrausch1@sbcglobal.net |
| Counsel to Hilco Industrial LLC | Riemer & Braustein LLP | Donald E Rothman Steven E Fox | drothman@riemerlaw.com; sfox@riemerlaw.com |
| Counsel to The Kroger Co | Riker Danzig Scherer Hyland & Perretti LLP | Curtis M Plaza | cplaza@riker.com |
| Counsel to Automotive Industries Pension Trust Fund | Saltzman & Johnson Law Corporation | Kimberly A Hancock | khancock@sjlawcorp.com |
| Counsel to Los Angeles County Treasurer and Tax Collector | Satterlee Stephens Burke & Burke LLP | Timothy T Brock Abigail Snow | tbrock@ssbb.com; asnow@ssbb.com |
| Counsel to Lewis Brothers Bakeries Inc | Schiff Hardin LLP | Eugene J Geekie | egeekie@schiffhardin.com |
| Counsel to Lewis Brothers Bakeries Inc | Schiff Hardin LLP | Louis T DeLucia Alyson M Fiedler | ldelucia@schiffhardin.com; afiedler@schiffhardin.com |
| Counsel to Lewis Brothers Bakeries Inc | Schiff Hardin LLP | J Mark Fisher Catherine Masters Michael Ott | mfisher@schiffhardin.com; cmasters@schiffhardin.com; mott@schiffhardin.com |
| Securities and Exchange Commission | Securities and Exchange Commission | George S Canellos Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for Bakers' Local No. 433 Pension Fund | Seyfarth Shaw LLP | Jason J DeJonker | jdejonker@seyfarth.com |
| Counsel for Bakers' Local No. 433 Pension Fund | Seyfarth Shaw LLP | James Yu | jyu@seyfarth.com |
| Secured Lender | Silver Point Finance LLC | Michelle Steele | michellesteele@loan-agents.com |

Exhibit A
Served via Email

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Bakery Drivers Local 550 and Industry Pension Fund | Spivak Lipton LLP | Attn Eric R Greene Denis P Duffey Jr | egreene@spivaklipton.com;;dduffey@spivaklipton.com |
| Counsel to the State of Michigan Department of Treasury | State of Michigan Department of Treasury | Bill Schuette Assistant Attorney General | harrisj12@michigan.gov |
| Official Committee of Unsecured Creditors (Counsel to IUOE Stationary Engineers Local 39 and Stationary Engineers Local 39 Trust Funds) | Stationary Engineers Union Local 39 | Weinberg Roger & Rosenfeld A Professional Corporation | bankruptcycourtnotices@unioncounsel.net; craisner@unioncounsel.net; jmazur@unioncounsel.net |
| Counsel to Los Angeles County Treasurer and Tax Collector | Steckbauer Weinhart Jaffe LLP | Barry S Glaser | bglaser@swjlaw.com |
| Counsel to Central Pennsylvania Teamsters Pension Fund | Stevens & Lee PC | Constantine D Pourakis | cp@stevenslee.com |
| Counsel to Central Pennsylvania Teamsters Pension Fund | Stevens & Lee PC | Frank C Sabatino John C Kilgannon | fcs@stevenslee.com; jck@stevenslee.com |
| Counsel to Stephen Bleile Jackie Bleile Daniel Barbosa and June Barbosa | Stone Leyton & Gershman a Professional Corporation | 7733 Forsyth Blvd Ste 500 | hss@stoneleyton.com |
| Official Committee of Unsecured Creditors; Counsel to IBTNNC | Strategic Research & Campaigns Department | Int'l Brotherhood of Teamsters | igold@teamster.org |
| Counsel to Dell Financial LLC | Streusand Landon & Ozburn LLP | Sabrina L Streusand | streusand@slollp.com |
| Counsel to the Bakery, Confectionery, Tobacco Workers and Grain Millers International Union and the Bakery and Confectionery U | Stutman Treister & Glatt PC | William P Weintraub & Gregory W Fox | gfox@stutman.com |
| Counsel to the Bakery, Confectionery, Tobacco Workers and Grain Millers International Union and the Bakery and Confectionery U | Stutman Treister & Glatt PC | Michael Goldstein K John Shaffer & Eric Goldberg | mgoldstein@stutman.com; kshaffer@stutman.com; egoldberg@stutman.com |
| Counsel to Tennessee Department of Labor & Workforce Dev-TN OSHA | Tennessee Department of Labor & Workforce Dev TN OSHA | c/o TN Attorney General's Office Bankruptcy Division | agbanknewyork@ag.tn.gov |
| The Bank of New York Mellon Trust Company NA as trustee and collateral trustee | The Bank of New York Mellon Trust Company NA | Robert Major | robert.major@bnymellon.com |
| Attorneys to Kleinpeter Farms Dairy LLC | The Baringer Law Firm LLC | Dale R Baringer | dale@baringerlawfirm.com |
| Counsel to United Food and Commercial Workers Unions and Employers Midwest Pension Fund (UFCW) | The Karmel Law Firm | Jonathan D Karmel | jon@karmellawfirm.com |
| Counsel to The Kroger Co | The Kroger Company | Stephaine M Gephardt | stephanie.gephardt@kroger.com |
| Counsel to Danny R. & Janet P. Hinton and Laura Kinney | The Law Offices of Avrum J Rosen PLLC | Fred S Kantrow George N Bara Avrum J Rosen | fkantrow@avrumrosenlaw.com; gbara@avrumrosenlaw.com; ajrlaw@aol.com |
| Counsel to The Bank of New York Mellon Trust Company NA as trustee and collateral trustee | Thompson & Knight LLP | Ira L Herman Jennifer A Christian | ira.herman@tklaw.com; jennifer.christian@tklaw.com |
| Counsel to Bunge North America Inc et al | Thompson Coburn LLP | David D Farrell | dfarrell@thompsoncoburn.com |
| Attorneys for Edita Food Industries S.A.E. | Thompson Coburn LLP | Mark V Bossi | mbossi@thompsoncoburn.com |
| Counsel to Carlton-Bates Company | Todd & Levi LLP | Attn Jill Levi | jlevi@toddlevi.com;;drosenberg@toddlevi.com |
| Counsel to Tina Morton Travis County Tax Assessor-Collector | Travis County Tax Assessor Collector | Kay D. Brock | kay.brock@co.travis.tx.us |
| Counsel to Highridge Futures Fund LP | Ulmer & Berne LLP | Eric Tukel Wax | ewax@ulmer.com |
| United Steel, Paper & Forestry, Rubber, Manufacturing Energy, Allied Industrial and Service Workers International Union | United Steel Paper & Forestry Rubber Manufacturing Energy Allied Industrial and Service Workers International Union | David R Jury Associate General Counsel | djury@usw.org |
| Counsel to Angelica Fonseca and Felipe Fonseca | Updike Kelly & Spellacy PC | Thomas A. Gugliotti | tgugliotti@uks.com; |
| United States Attorney General Department of Justice | US Attorney General | US Department of Justice | askdoj@usdoj.gov |
| Interested Party | Vee-Co Generator & Starter Co Inc | Michael C Vernon | mike@vee-co.com |

**Exhibit A**
**Served via Email**

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Attorney for Ray Fogg Building Methods, Inc. | Weltman, Weinberg & Reis Co., L.P.A | Scott D Fink | ecfndoh@weltman.com |
| Counsel to City of Alexandria Louisiana | Wheelis & Rozanski | Stephen D Wheelis | steve@wheelis-rozanski.com |
| Counsel to Western Pennsylvania Teamsters and Employers Pension Fund | Wick Streiff Meyer Oboyle & Szeligo PC | Vincent P Szeligo | vszeligo@wsmoslaw.com |
| Counsel to BCT Local 6 Profit Sharing Plan and BCT Local 6 and Participating Employers Profit Sharing Plan | Willig Williams & Davidson | John A Zurzola | jzurzola@wwdlaw.com |
| Counsel to IBT (International Brotherhood of Teamsters) | Willkie Farr & Gallagher LLP | Matthew Feldman Paul Shalhoub | mfeldman@willkie.com; pshalhoub@willkie.com |
| Counsel to WorkForce West Virginia Unemployment Compensation Division | WorkForce West Virginia Legal Section | Mary B McLaughlin Senior Counsel | mary.b.mclaughlin@wv.gov |

# Exhibit B

**Exhibit B**
**Served via First Class Mail**

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bakery & Confectionery Union & Industry International Pension Fund | Robert J Bergin Executive Director | 10401 Connecticut Ave | | Kensington | MD | 20895 |
| Bakery Confectionery Tobacco Workers & Grain Millers International Union | Attn Franklin R Hurt President | 10401 Connecticut Avenue | | Kensington | MD | 20895 |
| Bryan Cave LLP | Counsel to BNY Mellon | PO Box 503089 | | St Louis | MO | 63150-3089 |
| Bryan Cave LLP | Counsel to BNY Mellon | 211 North Broadway No 3600 | Hostess 4th Lien Notes | St Louis | MO | 63102 |
| General Electric Capital Corporation | Christopher Kill | 299 Park Ave 5th Fl | | New York | NY | 10171 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19114-0326 |
| New England Teamsters and Trucking Industry Pension Fund | Attn Edward F Groden Executive Director | One Wall Street | | Burlington | MA | 01803-0000 |
| NYS Teamsters Benefit Funds | Attn Kenneth R Stilwell Executive Administer | 151 Northern Concourse | PO Box 4928 | Syracuse | NY | 13221-4640 |
| Office of US Attorney SDNY | Preet Bharara | 1 St Andrews Plaza | Claims Unit Rm 417 | New York | NY | 10007 |
| Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | Albany | NY | 12231-0001 |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 |
| Silver Point Finance LLC | Shawn Creedon | 2 Greenwich Plaza | | Greenwich | CT | 06830-0000 |
| The Bank of New York Mellon Trust Company NA | Global Corporate Trust | 2 North LaSalle St Ste 1020 | | Chicago | IL | 60602 |
| United States Trustee | Paul Schwartzberg | US Federal Office Bldg | 201 Varick St Rm 1006 | New York | NY | 10014 |
| US Department of Justice SDNY | | 86 Chambers St | | New York | NY | 10007 |

In re Old HB, Inc. (f/k/a Hostess Brands, Inc.)
Case No. 12-22052 (RDD)

Page 1 of 1