**DUANE MORRIS LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
Wendy M. Simkulak, Esquire (WS-8945)
1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 692-1020 (facsimile)
    And
Lewis R. Olshin, Esquire (admitted *pro hac vice*)
Catherine B. Heitzenrater, Esquire (PA 205597)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

*Counsel for the ACE Companies*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | : Chapter 11 |
| Old HB, Inc. (f/k/a Hostess Brands, Inc.), *et al.*,[1] | : Case No. 12-22052 (RDD) |
| Debtors. | : (Jointly Administered) |

---

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *Motion of the ACE Companies For A Narrowly-Tailored Stay Pending Appeal* to be made upon the parties set forth on the attached service list as noted below.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 29, 2014                    */s/ Wendy M. Simkulak*
                                         Wendy M. Simkulak, Esquire (WS-8945)

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Old HB, Inc. (f/k/a Hostess Brands, Inc.) (0322), IBC Sales Corporation (3634), IBC Services, LLC (3639), IBC Trucking, LLC (8328), Interstate Brands Corporation (6705) and MCF Legacy, Inc. (0599).

DM3\2970215.2

# SERVICE LIST

*Via First Class Mail and Email:*

Hostess Brands Inc.
Attn: Jolyn Sebree
12 E. Armour Boulevard
Kansas City, MO 64111
Email: Jolyn.Sebree@hostessbrands.com

JONES DAY
Attn:   Corinne Ball
        Lisa Laukitis
        David Marks
222 East 41st Street
New York, NY 10017
Email: cball@jonesday.com
        llaukitis@jonesday.com
        dgmarks@jonesday.com
*Counsel for Debtors and Debtors In Possession*

JONES DAY
Attn: Ryan Routh
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Email: rrouth@jonesday.com
*Counsel for Debtors and Debtors In Possession*

STINSON MORRISON HECKER LLP
Attn: Paul M. Hoffmann
1201 Walnut, Suite 2900
Kansas City, MO 64106
Email: phoffmann@stinson.com
*Counsel for Debtors and Debtors In Possession*

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
Joshua K. Brody
Thomas Moers Mayer
Paul B. O'Neill
1177 Avenue of the Americas
New York, NY 10036
Email: jbrody@kramerlevin.com
        tmayer@kramerlevin.com
        boneill@kramerlevin.com
*Counsel for The Official Committee of Unsecured Creditors*

DM3\2970215.2

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
Steven J. Reisman
101 Park Avenue
New York, NY 10178
Email: sreisman@curtis.com
*Counsel for The Official Committee of Unsecured Creditors*

***Via Overnight Mail***

Office of the United States Trustee
for the Southern District of New York
Attn: Paul K. Schwartzberg
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

and

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

The Honorable Robert D. Drain
United States Bankruptcy Judge
c/o Clerk's Office
U.S. Bankruptcy Court
 for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

***Via the Court's Electronic Filing System:***

All parties who receive notice through the Court's electronic filing system.

2

DM3\2970215.2