JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Lisa G. Laukitis
David G. Marks

 - and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Ryan T. Routh

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :  Chapter 11
                                                               :
Old HB, Inc., *et al.*,[1]                                     :  Case No. 12-22052 (RDD)
(f/k/a Hostess Brands, Inc.)                                   :
                                                               :  (Jointly Administered)
                Debtors.                                       :
                                                               :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 5, 2014**

Time of Hearing:        10:00 a.m. (prevailing Eastern Time).

Location of Hearing:    Courtroom of the Honorable Robert Drain, United States
                        Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, White Plains, New York 10601

---

[1]   The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Old HB, Inc. (f/k/a Hostess Brands, Inc.) (0322), IBC Sales Corporation (3634), IBC Services, LLC (3639), IBC Trucking, LLC (8328), Interstate Brands Corporation (6705) and MCF Legacy, Inc. (0599).

NYI-4600792v3

**ADJOURNED MATTERS**

1. Amended Motion of Andrew Harlin for Modification of the Automatic Stay and Proposed Order [Docket No. 3161; Affidavit of Service Docket No. 3167]

   Objection Deadline: April 21, 2014 at 4:00 p.m.

   Related Documents:

   A    Motion of Andrew Harlin for Modification of the Automatic Stay [Docket No. 3137]

   B.    Notice of Motion for Modification of Automatic Stay and Proposed Order [Docket No. 3162; Affidavit of Service Docket No. 3167]

   Objections Received:

   C.    Debtors' Objection to Andrew Harlin's Motion for Modification of the Automatic Stay [Docket No. 3199; Affidavit of Service Docket No. 3209]

   Replies Received:

   D.    Reply of the ACE Companies to the Debtors' Objection to Andrew Harlin's Motion for Modification of the Automatic Stay [Docket No. 3216; Affidavit of Service Docket No. 3217]

   **Status: By agreement of the parties this matter is adjourned indefinitely while Harlin's claim is submitted to the alternative dispute resolution procedures for resolution.**

2. Motion of Loraine Garmon to Modify Order Granting Relief from Automatic Stay as to Creditor Loraine Garmon to Allow Litigation of Pending Federal Court Action [Docket No. 3289; Affidavit of Service Docket No. 3292]

   Objection Deadline: August 26, 2014 at 4:00 p.m.

   Related Documents: None to date

   Objections Received: None to date

   **Status: By agreement of the parties this matter is adjourned to September 9, 2014 at 9:00 a.m.**

NYI-4600792v3

**UNCONTESTED MATTERS**

3. Notice of and Objection of Debtors and Debtors in Possession Seeking to Disallow Certain Paid or Otherwise Satisfied Secured Property Tax Claims (Omnibus Objection No. 25) [Docket No. 3282; Affidavit of Service Docket No. 3304]

    Objection Deadline: July 22, 2014 at 4:00 p.m.

    Related Documents: None to date

    Objections Received: None to date

    **Status:  This matter is going forward.**

4. Notice of and Objection of Debtors and Debtors in Possession Seeking to Disallow Certain Paid or Otherwise Satisfied Secured Property Tax Claims (Omnibus Objection No. 26) [Docket No. 3283; Affidavit of Service Docket No. 3304]

    Objection Deadline: July 22, 2014 at 4:00 p.m.

    Related Documents: None to date

    Objections Received: None to date

    **Status:  This matter is going forward.**

**CONTESTED MATTERS**

5. Motion of Debtors and Debtors in Possession, Pursuant to Section 502(c) of the Bankruptcy Code, for the Entry of an Order Directing the Estimation of the Claim of the Department of Labor and Industries of the State of Washington [Docket No. 3260; Affidavit of Service Docket No. 3273]

    Objection Deadline: July 22, 2014 at 4:00 p.m.

    Related Documents:

    A. Notice of Adjournment of Hearing on the Debtors' Motion for the Entry of an Order Directing the Estimation of the Claim of the Department of Labor and Industries of the State of Washington [Docket No. 3297; Affidavit of Service Docket No. 3308]

    Objections Received:

    B. Objection to Motion of Debtors and Debtors in Possession, Pursuant to Section 502(c) of the Bankruptcy Code, for Entry of an Order Directing the Estimation of the Claim of the Department of Labor and Industries of the State of Washington [Docket No. 3285; Affidavit of Service Docket No. 3287]

NYI-4600792v3

C.     Declaration of James Nylander in Support of Objection to Motion of Debtors and Debtors in Possession, Pursuant to Section 502(c) of the Bankruptcy Code, for Entry of an Order Directing the Estimation of the Claim of the Department of Labor and Industries of the State of Washington [Docket No. 3286; Affidavit of Service Docket No. 3287]

Replies Received:

D.     Reply in Support of the Debtors' Motion for the Entry of an Order Directing the Estimation of the Claim of the Department of Labor and Industries of the State of Washington [Docket No. 3295; Affidavit of Service Docket No. 3307]

Supplemental Briefing:

E.     Supplemental Memorandum of Law in Further Support of Objection to Motion of Debtors And Debtors in Possession, Pursuant to Section 502(c) of the Bankruptcy Code, for Entry of an Order Directing the Estimation of the Claim of the Department of Labor And Industries of the State of Washington [Docket No. 3319; Affidavit of Service Docket No. 3320]

F.     Debtors' Supplemental Memorandum in Support of Their Motion for the Entry of an Order Directing the Estimation of the Claim of the Department of Labor and Industries of the State of Washington [Docket No. 3331]

**Status: This matter is going forward.**

| | |
|---|---|
| Dated: July 29, 2014<br>New York, New York | Respectfully submitted,<br><br>/s/ *Corinne Ball*<br>Corinne Ball<br>Lisa G. Laukitis<br>David G. Marks<br>JONES DAY<br>222 East 41st Street<br>New York, New York  10017<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br><br> - and -<br><br>Ryan T. Routh<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br><br>ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |

NYI-4600792v3